UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANTIAGO GUARTASACA,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE,<br>Respondent. | Case No.: 26-CV-4875 JLS (VET)<br><br>**ORDER GRANTING IN PART PETITIONER'S AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF No. 7) |

Presently before the Court is Petitioner Angel Santiago Guartasaca's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Pet.," ECF No. 7). Also before the Court are Respondent's Response ("Ret.," ECF No. 9) and Petitioner's Traverse ("Traverse," ECF No. 10). For the following reasons, the Court **GRANTS IN PART** the Amended Petition.

Petitioner, a citizen of Ecuador, entered the United States 2020. Pet. at 3. Several months ago, Petitioner was arrested by immigration officers in New Jersey. *Id.* Petitioner initially alleged that the officers had no warrant authorizing his arrest and thus requested immediate release. *Id.* But Respondent demonstrated in his Response that Petitioner was served with a warrant the same day of his arrest. *See* Ret. Ex. 2. In light of this, Petitioner now requests only a bond hearing, *see* Traverse at 1, which Respondent does not oppose, *see* Ret. at 2.

Accordingly, the Court **GRANTS IN PART** the Petition to the extent it requests a bond hearing (ECF No. 7). The Court **ORDERS** the Government to provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a) within fourteen (14) days, unless Petitioner, the non-citizen, requests a continuance. Bond **SHALL NOT** be denied on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention. The non-citizen bears the burden of demonstrating, by a preponderance of the evidence, that they are not a danger to the community or a flight risk. *See Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1197 (9th Cir. 2022). The Court **DENIES IN PART** the Petition to the extent that Petitioner requests to be released from custody. The Parties **SHALL** file a Joint Status Report by October 28, 2026, informing the Court of the outcome of the hearing. As this concludes this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge